MICHAEL N. LOTERSTEIN (IL Bar No. 6297060)
JONATHAN A. EPSTEIN (IL Bar No. 6237031)
ANDRE M. GEVEROLA (IL Bar No. 6281457)
United States Department of Justice
Antitrust Division
209 S. LaSalle Street, Suite 600
Chicago, IL 60604
Michael.Loterstein@usdoj.gov
Telephone: (312) 353-7530

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>    v.<br><br>William W. Lord,<br><br>        Defendant | Case No.: 3:12-cr-00326 JW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO SCHEDULE CHANGE OF PLEA HEARING** |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, by and through their respective attorneys, that a change of plea hearing should be scheduled in this matter for June 18, 2012 at 1:30 p.m.

SO STIPULATED.

DATED: May 9, 2012

                                                                             BY:    /S/Michael Loterstein
                                                                                             MICHAEL LOTERSTEIN
                                                                                             Trial Attorney
                                                                                              U.S. Department of Justice
                                                                                              Antitrust Division

Stipulation and ~~Proposed~~ Order to Schedule
Change of Plea Hearing
3:12-cr-00326 JW                     1

DATED: May 9, 2012

BY: /S/BRIAN HENNIGAN
BRIAN HENNIGAN
Counsel for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED this __14__ day of May, 2012

*James Ware*

HONORABLE JAMES WARE
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA